UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STEINOCHER, Petitioner, v. LUIS GARNICA, Respondent. | No. 2:26-cv-2318 CKD P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

The application attacks a conviction issued by the Sonoma County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Sonoma County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

/////

/////

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

This matter is transferred to the United States District Court for the Northern District of California.

Dated: July 21, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/hh
stei2318.108